# Dawn M. Cardi

COUNSELORS AT LAW
& ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi





April 19, 2013

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: United States v. Maroof Ahmed, No. 99 Cr. 395-1 (TPG)

Dear Judge Griesa,

We represent Mr. Ahmed, the defendant in the above-referenced proceeding. Mr. Ahmed is currently on supervised release following his April 5, 2004 conviction. We write on behalf of Mr. Ahmed to request that he be allowed to travel to Istanbul, Turkey, rather than Montego Bay, Jamaica.

As we explained in our March 7, 2013 letter, Mr. Ahmed is engaged to marry a woman from Russia. They have an arranged marriage agreement and have communicated through email and through family members. Before Mr. Ahmed may apply for a fiancée visa, he must meet her at least one time. They planned to meet in Jamaica, but his fiancée was unable to obtain travel documents during the time the two had scheduled to meet. They now believe that a meeting in Istanbul, Turkey will be easier for both parties. Should Mr. Ahmed's request be granted, he would leave on May 15, 2013, and would return on June 1, 2013. He would be staying in a hotel in Bodrum, Turkey

Mr. Ahmed's probation officer does not oppose this request. If the request is granted, Mr. Ahmed's probation officer would provide him with his passport, and Mr. Ahmed would provide his officer with the details of his itinerary.

Respectfully submitted,

/s/
Dawn M. Cardi/Ariadne Green

Approved.
Thomas P. Griesa
USDJ 4/25/13

cc: Florence Duggan
United States Probation Officer

Two Park Avenue, 19th Floor • New York, NY 10016 • 212.481.7770 TELEPHONE • 212.684.3008 FACSIMILE • 917.543.9993 MOBILE • info@cardilaw.com • www.cardilaw.com